IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

vs.

**CARL F. CARNES,**

**Defendant.**                                              No. 06-CR-30120-DRH

### ORDER

**Herndon, District Judge:**

Now before the Court is the government's Motion to Dismiss Indictment and Quash Arrest Warrant. (Doc. 2.) The Court understands that the Defendant has pled guilty in State court to the offense for which the federal charges were based. Therefore, the Court **GRANTS** the motion (Doc. 2), **DISMISSES** the indictment with prejudice, and **QUASHES** the arrest warrant.

**IT IS SO ORDERED.**

Signed this 6th day of October, 2006.

/s/       David   RHerndon
**United States District Judge**

1